Eric William Grant, Petitioner/Cross-Respondent v. The People of the State of Colorado. Respondent/Cross-Petitioner No. 18CA1139
Supreme Court of Colorado, En Banc
March 28, 2022
 Court of Appeals Case No. 18CA1139 
 
 Petition and Cross-Petition for Writ of Certiorari DENIED. 
 JUSTICE HOOD and JUSTICE GABRIEL would grant as to the following issue: 
 Whether the court of appeals erred when it held that the trial court's remedy of a suppression hearing was adequate to cure the prejudice to the defense from the prosecution's untimely disclosure, on the seventh day of trial, of an inculpatory statement Petitioner made to police several months before trial. 
 1